**Joseph McGraw, Plaintiff-Appellee, v. Katie Gavin and Demore Pigee, Defendants-Appellants.**

**Gen. No. 11,407.**

Second District, First Division.

September 17, 1960.

Stanley J. Gros, of Chicago, for appellants; Gray, Thomas, Wallace, and O'Brien, of Joliet, for appellee. Opinion by JUSTICE DOVE. **Not to be published in full.**